IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR39 |
| | | Judge Mazzant |
| CAMERON OCION AJIDUAH (4) | § | |

### FACTUAL BASIS

IT IS HEREBY STIPULATED by **Cameron Ocion Ajiduah**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Don Bailey**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On February 7, 2017, at approximately 9:15 p.m., officers with the Aubrey Police Department responded to an aggravated robbery call at the 2000 block of Maxwell Court, Aubrey, Texas, Eastern District of Texas. The victim informed officers that three black male suspects, armed with weapons, had entered his residence through the front door. The suspects were later identified as Anthony Shelton, Nigel Garrett, and **Cameron Ocion Ajiduah**.

2. Shelton, Garrett, and **Ajiduah** willfully assaulted the victim by hitting and punching him, causing bodily injury to his head and chest area. The victim's eyes, hands and feet were bound with duct tape, and he was seized

2. and held against his will for the purpose of burglarizing the victim's home and stealing the victim's motor vehicle. **Ajiduah** brandished a firearm and he, Shelton and Garrett demanded cash, jewelry and electronics from the victim. During the assault and home invasion, Shelton, Garrett, and **Ajiduah** made derogatory statements about the victim's sexual orientation, and willfully caused the victim bodily injury because of the victim's actual or perceived sexual orientation.

3. During the course of the investigation, it was determined that the defendants used Grindr, a website-based cellular phone application ("app"), which is used as a social media dating app for gay men, to arrange the entry into the victim's residence. The defendants utilized a channel, facility, and instrumentality of interstate commerce, the app and the internet, to commit the crime.

4. I, **Cameron Ocion Ajiduah**, along with Anthony Shelton and Nigel Garrett, willfully caused bodily injury to the above described victim because of the victim's actual or perceived sexual orientation and seized and held the victim against his will for the purpose of burglarizing the victim's home and stealing the victim's motor vehicle.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. §§ 249(a)(2) and 2.

Dated: 4/12/18

_____
CAMERON OCION AJIDUAH
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Cameron Ocion Ajiduah**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 4/12/18

_____
DON BAILEY
Attorney for Defendant

Factual basis
Page 3